### ELLARD *v.* COLEMAN.

ATKINSON, J. G. C. Coleman instituted an action against W. B. Ellard and W. M. Alexander, for damages. The plaintiff died before trial of the case, and his death was suggested of record. No party plaintiff was made, and a verdict was rendered against W. B. Ellard for a stated amount of money. *Held,* that the verdict was unauthorized by law, and it was erroneous to refuse to grant a new trial. *Irwin* v. *Shuford,* 144 *Ga.* 532 (87 S. E. 674) ; *Ellis* v. *Francis,* 9 *Ga.* 325.

> *Judgment reversed. All the Justices concur.*
> APRIL 11, 1916.

Action for damages. Before Judge Jones. Habersham superior court. March 4, 1915.

*Sam Kimzey* and *J. C. Edwards & Sons,* for plaintiff in error.

*W. B. Sloan* and *J. L. Perkins,* contra.

---

### BUTT, ordinary, *v.* CHAPMAN *et al.*

FISH, C. J. 1. In the administration of county affairs the officers having jurisdiction or control thereof are vested by law with a broad discretion, and the reviewing power of a judge of the superior court should be exercised with caution, and no interference had unless it is clear and manifest that the county authorities are abusing the discretion vested in them by law. *Dunn* v. *Beck,* 144 *Ga.* 148 (86 S. E. 385). Applying this principle to the facts of the present case, it does not appear that the ordinary, whom it was sought to enjoin from having a county bridge erected, abused the discretion vested in him by law; and the judge of the superior court erred in enjoining him from having such bridge erected.

2. In view of the foregoing, it is not necessary to pass on the other assignments of error.

> *Judgment reversed. All the Justices concur.*
> APRIL 11, 1916.

Injunction. Before Judge Jones. Union superior court. December 4, 1915.

*Pat Haralson* and *W. A. Charters,* for plaintiff in error.

*T. S. Candler,* contra.